| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **EASTERN** District of **WISCONSIN** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Pecore, Bruce J.** | **Pecore, Paula J.** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **NONE** |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **4017** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): **9440** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **1158 Coprinus Drive Green Bay WI** ZIPCODE **54313** | Street Address of Joint Debtor (No. & Street, City, and State): **1158 Coprinus Drive Green Bay WA** ZIPCODE **54313** |
|---|---|

| County of Residence or of the Principal Place of Business: **BROWN** | County of Residence or of the Principal Place of Business: **BROWN** |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (If different from street address above): **SAME** ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check one box.)
- [X] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

*State type of entity:*

**Nature of Business**
(Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- [ ] Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

United States Bankruptcy Court
RECEIVED
AUG 2 1 2006
Mail

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bruce J. Pecore and Paula J. Pecore** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. X _____  *8/11/2006* Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety? ☐ Yes, and exhibit C is attached and made a part of this petition. ☒ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** ☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing) |
|---|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>*Bruce J. Pecore and*<br>*Paula J. Pecore* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*8/11/2006*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*8/11/2006*
(Date)

### Signature of Attorney

X _____
Signature of Attorney

*John R. Petitjean 1010125*
Printed Name of Attorney for Debtor(s)

*Attorney John R. Petitjean*
Firm Name

*125 S. Jefferson St., #101*
Address

*P.O. Box 1626*

*Green Bay WI 54305-1626*

*920-432-7716*
Telephone Number

*8/11/2006*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*8/11/2006*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

In re __Pecore, Bruce J. & Paula J.__
        Debtor(s)

Case number: _____
        (If known)

| According to the calculations required by this statement: |
| --- |
| ☒ **The presumption arises.** |
| ☐ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
## FOR USE IN CHAPTER 7

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS |
| --- |

| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
| --- | --- | --- |

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 3-11. <br><br> b. ☐ **Married, not filing jointly, with declaration of separate households.** By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> c. ☐ **Married, not filing jointly, without the declaration of separate households** set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** <br><br> d. ☒ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** | | |

| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | Column A <br><br> Debtor's Income | Column B <br><br> Spouse's Income |
| --- | --- | --- | --- |
| 3 | Gross wages, salary, tips, bonuses, overtime, commissions. | $2,192.26 | $3,731.50 |

| 4 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| --- | --- | --- | --- |
| | a. Gross receipts | $0.00 | | |
| | b. Ordinary and necessary business expenses | $0.00 | | |
| | c. Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | Rent and other real property income. Subtract Line b from Line a and enter the difference on Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| --- | --- | --- | --- |
| | a. Gross receipts | $0.00 | | |
| | b. Ordinary and necessary operating expenses | $0.00 | | |
| | c. Rental income | Subtract Line b from Line a | $0.00 | $0.00 |

| 6 | Interest, dividends, and royalties. | $0.00 | $0.00 |
| --- | --- | --- | --- |
| 7 | Pension and retirement income. | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 8 | Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support. Do not include contributions from the debtor's spouse if Column B is completed. | $0.00 | $0.00 |
| 9 | Unemployment compensation. Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00    Spouse $0.00 | $316.66 | $0.00 |
| 10 | Income from all other sources.  If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount.<br><br>a. _____ $0.00<br>b. _____ $0.00<br>c. _____ $0.00<br>d. _____ $0.00<br><br>Total and enter on Line 10 | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**    Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $2,508.92 | $3,731.50 |
| 12 | **Total Current Monthly Income for § 707(b)(7).**    If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $6,240.42 |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**    Multiply the amount from Line 12 by the number 12 and enter the result. | $74,885.04 |
| 14 | **Applicable median family income.**    Enter the median family income for the applicable state and household size. (This information is available by family size at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:    WISCONSIN    b. Enter debtor's household size: ____4____ | $70,170.00 |
| 15 | **Application of Section 707(b)(7).**    Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br>☒ **The amount on Line 13 is more than the amount on Line 14.**    Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $6,240.42 |
| 17 | **Marital adjustment.**    If you checked the box at Line 2.c, enter the amount of the income listed in Line 11, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents. If you did not check box at Line 2.c, enter zero. | $0.00 |
| 18 | **Current monthly income for § 707(b)(2).**    Subtract Line 17 from Line 16 and enter the result. | $6,240.42 |

### Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.**    Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court.) | $1,546.00 |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**      Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $495.00 |
|---|---|---|---|

**Local Standards: housing and utilities; mortgage/rent expenses.**      Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.      **Do not enter an amount less than zero.**

| 20B | | | | |
|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expenses | $991.00 | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $0.00 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $991.00 |

| 21 | **Local Standards: housing and utilities; adjustment.**      if you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $0.00 |
|---|---|---|

| 22 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.    ☒ 0   ☐ 1   ☐ 2 or more.<br><br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $199.00 |
|---|---|---|

**Local Standards: transportation ownership/lease expense; Vehicle 1.**      Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)    ☐ 1 ☐ 2 or more.

Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.      **Do not enter an amount less than zero.**

| 23 | | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $0.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $0.00 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $0.00 |

**Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.      **Do not enter an amount less than zero.**

| 24 | | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $0.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $0.00 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $0.00 |

| 25 | **Other Necessary Expenses: taxes.**      Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.      **Do not include real estate or sales taxes.** | $0.00 |
|---|---|---|

| 26 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $0.00 |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $0.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. **Do not include payments made for children's education.** | $0.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 34.** | $0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents. **Do not include any amount previously deducted.** | $0.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $3,231.00 |

## Subpart B: Additional Expense Deductions under § 707(b)
## Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. | |
|---|---|---|
| | a. Health Insurance — $0.00 | |
| | b. Disability Insurance — $0.00 | |
| | c. Health Savings Account — $0.00 | |
| | Total: Add Lines a, b and c | $0.00 |
| 35 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $0.00 |
| 36 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | $0.00 |
| 37 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $0.00 |
| 39 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $0.00 |

| 41 | Total Additional Expense Deductions under § 707(b).    Enter the total of Lines 34 through 40 | $0.00 |
|----|---|---|

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.**    For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. | |
|----|---|---|

| | | Name of Creditor | Property Securing the Debt | 60-Month average Payment | |
|---|---|---|---|---|---|
| | a. | | | $0.00 | |
| | b. | | | $0.00 | |
| | c. | | | $0.00 | |
| | d. | | | $0.00 | |
| | e. | | | $0.00 | |
| | | | | Total: Add Lines a - e | $0.00 |

| 43 | **Past due payments on secured claims.**    If any of the debts listed in Line 42 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page. | |
|----|---|---|

| | | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $0.00 | |
| | b. | | | $0.00 | |
| | c. | | | $0.00 | |
| | d. | | | $0.00 | |
| | e. | | | $0.00 | |
| | | | | Total: Add Lines a - e | $0.00 |

| 44 | **Payments on priority claims.**    Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $0.00 |
|----|---|---|

| 45 | **Chapter 13 administrative expenses.**    If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|----|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $0.00 | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x   0 | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $0.00 |

| 46 | **Total Deductions for Debt Payment.**    Enter the total of Lines 42 through 45. | $0.00 |
|----|---|---|

## Subpart D: Total Deductions Allowed under § 707(b)(2)

| 47 | **Total of all deductions allowed under § 707(b)(2).**    Enter the total of Lines 33, 41, and 46. | $3,231.00 |
|----|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $6,240.42 |
|----|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $3,231.00 |
| 50 | **Monthly disposable income under § 707(b)(2).**    Subtract Line 49 from Line 48 and enter the result | $3,009.42 |

| 51 | 60-month disposable income under § 707(b)(2).   Multiply the amount in Line 50 by the number 60 and enter the result. | $180,565.20 |
|----|---|---|

| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,000**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☒ **The amount set forth on Line 51 is more than $10,000.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,000, but not more than $10,000.**   Complete the remainder of Part VI (Lines 53 through 55). | |

| 53 | **Enter the amount of your total non-priority unsecured debt** | |
|----|---|---|

| 54 | **Threshold debt payment amount.**   Multiply the amount in Line 53 by the number 0.25 and enter the result. | |
|----|---|---|

| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |
| | Total: Add Lines a, b, and c | $0.00 |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: 8/15/06   Signature: _(Debtor)_<br><br>Date: 8/15/06   Signature: _(Joint Debtor, if any)_ |
|----|---|

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Bruce J. Pecore and Paula J. Pecore*

Case No.
Chapter   7

_____  _____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A-Real Property | Yes | 1 | $    269,900.00 | | |
| B-Personal Property | Yes | 4 | $     95,177.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $    294,785.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $    148,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $    345,696.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $      5,002.21 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $      8,577.00 |
| TOTAL | | | $    365,077.00 | $    788,481.00 | |

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re **Bruce J. Pecore and Paula J. Pecore**

Case No.

Chapter 7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor    Case No._____

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1158 Coprinus Drive, Green Bay, WI | HOMESTEAD | J | $ 269,900.00 | $ 262,000.00 |
| | | | | |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | 269,900.00 | |

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor    Case No. _____
<span style="font-size:small">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Fox Communities CU - savings account_ _Location: In debtor's possession_ | J | $ 50.00 |
| | | _Northshore Bank - checking account_ _Location: In debtor's possession_ | J | $ 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Misc. household items: (2) couches $125, (2) chairs $110, (2) tables $40, (2) televisions $70, VCR/DVD $25, dining set $75, microwave $15, bunkbeds $75, crib $20, (2) bedroomsets $170, dresser $30, washer/dryer $105, lawn mower $250, snowblower $250, computer $50, printer $30 (2) bikes $200, tredmill $75, desk/desk set $100, armour $50, (2) bookshelves $100, weed eater $20, patio set $150, fountain $25_ _Location: In debtor's possession_ | J | $ 2,160.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | _Wedding rings_ _Location: In debtor's possession_ | J | $ 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _Rifle 30/30_ _Location: In debtor's possession_ | H | $ 100.00 |

Page __1__ of __4__

In re <u>Bruce J. Pecore and Paula J. Pecore</u> / Debtor    Case No. _____
(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Guardian Life Insurance* <br> *Location: In debtor's possession* | W | $ 800.00 |
| | | *Guardian Life Insurance* <br> *Location: In debtor's possession* | H | $ 9,900.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *American Funds IRA* <br> *Location: In debtor's possession* | W | $ 41,769.00 |
| | | *American Funds Roth IRA* <br> *Location: In debtor's possession* | J | $ 1,999.00 |
| | | *American Funds Roth IRA* <br> *Location: In debtor's possession* | J | $ 1,999.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *All-Pro Contracting, Inc. - stock: all assets* <br> *pledged to Associated Bank, GBSA $118,000.00* <br> *Location: In debtor's possession* | J | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Page __2__ of __4__

FORM B6B (10/05) West Group, Rochester, NY

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | _2004 Mercury Sable_<br>_Location: In debtor's possession_<br><br>_2006 Ford Fusion_<br>_Location: In debtor's possession_ | J<br><br>J | $ 14,000.00<br><br>$ 21,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _Misc. tools: mitre saw $100, painter $75,_<br>_compressor $100 Hilti DX35 $75, cordless_<br>_screwgun/sawall $50_<br>_Location: In debtor's possession_ | J | $ 400.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Page   3   of   4

In re **Bruce J. Pecore and Paula J. Pecore** _____ / Debtor    Case No. _____

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➤** | $ 95,177.00 |

Page __4__ of __4__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Bruce J Pecore
1158 Coprinus Dr
Green Bay, WI 54313

Dianne M Koeppler CLU, ChFC, CASL
Navigator Planning Group
3091 Voyager Drive
Green Bay, WI 54311
(920) 406-8500

Bruce and Paula
Period    01/01/06-05/04/06
Created   05/08/2006

## Paula J Pecore

**Acct Name:** CB&T CUST IRA R/O  PAULA J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313-4210

**Acct No:** 00062924694          **Acct Type:** IRA Rollover

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|---|---|---|---|---|---|---|---|
| | | Start Date: 01/01/2006 | | | End Date: 05/04/2006 | | |
| CAPITAL INCOME BUILDER-C | 104.86 | 53.03 | 5,560.62 | 105.54 | 56.87 | 6,002.17 | 7.94 |
| CAPITAL WORLD GROWTH AND INCOME FUND-C | 262.51 | 36.32 | 9,534.22 | 262.98 | 40.57 | 10,669.30 | 11.91 |
| FUNDAMENTAL INVESTORS-A | 27.25 | 35.40 | 964.79 | 27.34 | 39.70 | 1,085.20 | 12.48 |
| THE GROWTH FUND OF AMERICA-C | 504.31 | 29.86 | 15,058.76 | 504.31 | 31.87 | 16,072.42 | 6.73 |
| THE INVESTMENT COMPANY OF AMERICA-C | 238.07 | 31.18 | 7,423.02 | 238.68 | 33.27 | 7,940.85 | 6.98 |
| **Account Total:** | | | **$38,541.41** | | | **$41,769.95** | **8.38%** |

**Acct Name:** CB&T CUST ROTH IRA  PAULA J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313-4210

**Acct No:** 00081238984          **Acct Type:** ROTH IRA CONVERTED FROM REG. IRA

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|---|---|---|---|---|---|---|---|
| | | Start Date: 01/01/2006 | | | End Date: 05/04/2006 | | |
| FUNDAMENTAL INVESTORS-C | N/A | | N/A | 12.64 | 39.55 | 499.99 | N/A* |
| NEW PERSPECTIVE FUND-C | N/A | | N/A | 15.96 | 31.32 | 499.99 | N/A* |
| NEW WORLD FUND-C | N/A | | N/A | 11.04 | 45.28 | 499.98 | N/A* |
| THE GROWTH FUND OF AMERICA-C | N/A | | N/A | 15.69 | 31.87 | 500.01 | N/A* |
| **Account Total:** | | | **N/A** | | | **$1,999.97** | **N/A*** |
| **Investor Total:** | | | **$38,541.41** | | | **$43,769.92** | **8.38%** |

## Bruce J Pecore

Bruce J Pecore
1158 Coprinus Dr
Green Bay, WI 54313

Dianne M Koeppler CLU, ChFC, CASL
Navigator Planning Group
3091 Voyager Drive
Green Bay, WI 54311
(920) 406–8500

Bruce and Paula
Period    01/01/06–05/04/06
Created   05/08/2006

## Paula J Pecore

**Acct Name:**    CB&T CUST IRA R/O  PAULA J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313–4210
**Acct No:**    00062924694              **Acct Type:**    IRA Rollover

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|------------|---------:|---------:|---------:|---------:|---------:|---------:|---------:|
| | | **Start Date: 01/01/2006** | | | **End Date: 05/04/2006** | | |
| CAPITAL INCOME BUILDER–C | 104.86 | 53.03 | 5,560.62 | 105.54 | 56.87 | 6,002.17 | 7.94 |
| CAPITAL WORLD GROWTH AND INCOME FUND–C | 262.51 | 36.32 | 9,534.22 | 262.98 | 40.57 | 10,669.30 | 11.91 |
| FUNDAMENTAL INVESTORS–A | 27.25 | 35.40 | 964.79 | 27.34 | 39.70 | 1,085.20 | 12.48 |
| THE GROWTH FUND OF AMERICA–C | 504.31 | 29.86 | 15,058.76 | 504.31 | 31.87 | 16,072.42 | 6.73 |
| THE INVESTMENT COMPANY OF AMERICA–C | 238.07 | 31.18 | 7,423.02 | 238.68 | 33.27 | 7,940.85 | 6.98 |
| Account Total: | | | **$38,541.41** | | | **$41,769.95** | **8.38%** |

**Acct Name:**    CB&T CUST ROTH IRA  PAULA J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313–4210
**Acct No:**    00081238984              **Acct Type:**    ROTH IRA CONVERTED FROM REG. IRA

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|------------|---------:|---------:|---------:|---------:|---------:|---------:|---------:|
| | | **Start Date: 01/01/2006** | | | **End Date: 05/04/2006** | | |
| FUNDAMENTAL INVESTORS–C | N/A | N/A | N/A | 12.64 | 39.55 | 499.99 | N/A* |
| NEW PERSPECTIVE FUND–C | N/A | N/A | N/A | 15.96 | 31.32 | 499.99 | N/A* |
| NEW WORLD FUND–C | N/A | N/A | N/A | 11.04 | 45.28 | 499.98 | N/A* |
| THE GROWTH FUND OF AMERICA–C | N/A | N/A | N/A | 15.69 | 31.87 | 500.01 | N/A* |
| Account Total: | | | N/A | | | **$1,999.97** | **N/A*** |
| **Investor Total:** | | | **$38,541.41** | | | **$43,769.92** | **8.38%** |

## Bruce J Pecore

Incomplete if presented without accompanying disclosure page

Case 06-24592-svk    Doc 1    Filed 08/21/06    Page 18 of 47

Bruce J Pecore
1158 Coprinus Dr
Green Bay, WI 54313

Dianne M Koeppler CLU, ChFC, CASL
Navigator Planning Group
3091 Voyager Drive
Green Bay, WI 54311
(920) 406-8500

Bruce and Paula
Period    01/01/06–05/04/06
Created    05/08/2006

---

**Acct Name:**    CB&T CUST ROTH IRA  BRUCE J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313–4210

**Acct No:**    00081238949              **Acct Type:**    ROTH IRA CONVERTED FROM REG. IRA

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|---|---|---|---|---|---|---|---|
| | | Start Date: 01/01/2006 | | | End Date: 05/04/2006 | | |
| FUNDAMENTAL INVESTORS–C | N/A | | N/A | 12.64 | 39.55 | 499.99 | N/A* |
| NEW PERSPECTIVE FUND–C | N/A | | N/A | 15.96 | 31.32 | 499.99 | N/A* |
| NEW WORLD FUND–C | N/A | | N/A | 11.04 | 45.28 | 499.98 | N/A* |
| THE GROWTH FUND OF AMERICA–C | N/A | | N/A | 15.69 | 31.87 | 500.01 | N/A* |
| Account Total: | | N/A | | | | $1,999.97 | N/A* |
| Investor Total: | | **N/A** | | | | **$1,999.97** | **N/A*** |
| Portfolio Total: | | **$38,541.41** | | | | **$45,769.90** | **8.38%** |

Roth's –   5/2/06    STARTED W/ 2,000. each

---

Incomplete if presented without accompanying disclosure page

*Comparative Holdings by Investor*

Bruce J Pecore
1158 Coprinus Dr
Green Bay, WI 54313

Dianne M Koeppler CLU, ChFC, CASL
Navigator Planning Group
3091 Voyager Drive
Green Bay, WI 54311
(920) 406-8500

Bruce and Paula
Period   01/01/06–05/04/06
Created   05/08/2006

**Acct Name:** CB&T CUST ROTH IRA  BRUCE J PECORE  1158 COPRINUS DR  GREEN BAY WI  54313-4210
**Acct No:** 00081238949          **Acct Type:** ROTH IRA CONVERTED FROM REG. IRA

| Asset Name | Quantity | Price($) | Value($) | Quantity | Price($) | Value($) | % Return |
|---|---|---|---|---|---|---|---|
| | | Start Date: 01/01/2006 | | | End Date: 05/04/2006 | | |
| FUNDAMENTAL INVESTORS-C | N/A | | N/A | 12.64 | 39.55 | 499.99 | N/A* |
| NEW PERSPECTIVE FUND-C | N/A | | N/A | 15.96 | 31.32 | 499.99 | N/A* |
| NEW WORLD FUND-C | N/A | | N/A | 11.04 | 45.28 | 499.98 | N/A* |
| THE GROWTH FUND OF AMERICA-C | N/A | | N/A | 15.69 | 31.87 | 500.01 | N/A* |
| Account Total: | | N/A | | | | $1,999.97 | N/A* |
| Investor Total: | | N/A | | | | $1,999.97 | N/A* |
| Portfolio Total: | | $38,541.41 | | | | $45,769.90 | 8.38% |

*Roth's – 5/2/06   STARTED W/ 2,000. each*

Incomplete if presented without accompanying disclosure page

FORM B6C (10/05) West Group, Rochester, NY

In re **Bruce J. Pecore and Paula J. Pecore** _____ / Debtor   Case No. _____
                                                                                          (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Fox Communities CU - savings account | Wis. Stat. Ann. §815.18(3)(k) | $ 50.00 | $ 50.00 |
| Northshore Bank - checking account | Wis. Stat. Ann. §815.18(3)(k) | $ 500.00 | $ 500.00 |
| Misc. household items | Wis. Stat. Ann. §815.18(3)(d) | $ 2,160.00 | $ 2,160.00 |
| Wedding rings | Wis. Stat. Ann. §815.18(3)(d) | $ 500.00 | $ 500.00 |
| Rifle 30/30 | Wis. Stat. Ann. §815.18(3)(d) | $ 100.00 | $ 100.00 |
| Guardian Life Insurance | Wis. Stat. Ann. §815.18(3)(f) | $ 7,800.00 | $ 9,900.00 |
| Guardian Life Insurance | Wis. Stat. Ann. §815.18(3)(f) | $ 200.00 | $ 800.00 |
| American Funds IRA | Wis. Stat. Ann. §815.18(3)(j) | $ 41,769.00 | $ 41,769.00 |
| American Funds Roth IRA | Wis. Stat. Ann. §815.18(3)(j) | $ 1,999.00 | $ 1,999.00 |
| American Funds Roth IRA | Wis. Stat. Ann. §815.18(3)(j) | $ 1,999.00 | $ 1,999.00 |
| 2004 Mercury Sable | Wis. Stat. Ann. §815.18(3)(g) | $ 1,215.00 | $ 14,000.00 |
| Misc. tools | Wis. Stat. Ann. §815.18(3)(b) | $ 400.00 | $ 400.00 |

FORM B6D (10/05) West Group, Rochester, NY

In re <u>Bruce J. Pecore and Paula J. Pecore</u> / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: 8701<br><br>*Creditor # : 1*<br>*Chase Home Finance, LLC*<br>*PO Box 9001871*<br>*LOUISVILLE KY 40290-1871*<br><br>Value: $ 269,900.00 | J | 7/2006<br>*Second Mortgage*<br>*1158 Coprinus Drive, Green Bay, WI* | | X | | $ 75,000.00 | $ 0.00 |
| Account No:<br><br>*Creditor # : 2*<br>*Ford Motor Credit*<br>*P.O. Box 105704*<br>*Atlanta  GA 30348-5704*<br><br>Value: $ 14,000.00 | J | 6/2006<br>*Auto Loan*<br>*2004 Mercury Sable* | | X | | $ 12,785.00 | $ 0.00 |
| Account No: 1511<br><br>*Creditor # : 3*<br>*Fox Cummunities Credit Union*<br>*3401 E. Calumet Street*<br>*Appleton WI  54915*<br><br>Value: $ 21,000.00 | J | 3/2006<br>*Auto Loan*<br>*2006 Ford Fusion* | | X | | $ 20,000.00 | $ 0.00 |
| Account No: 7801<br><br>*Creditor # : 4*<br>*GMAC*<br>*P.O. Box 79135*<br>*PHOENIX AZ 85062-9135*<br><br>Value: $ 269,900.00 | J | 11/2003<br>*Mortgage*<br>*1158 Coprinus Drive, Green Bay, WI* | | X | | $ 187,000.00 | $ 0.00 |

No continuation sheets attached

| | | |
|---|---|---|
| | Subtotal $<br>(Total of this page) | 294,785.00 |
| | Total $<br>(Use only on last page) | 294,785.00 |

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor     Case No._____
                                                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

In re _Bruce J. Pecore and Paula J. Pecore_____ / Debtor        Case No._____
                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Contributions to employee benefit plans*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No: *core* <br> *Creditor # : 1* <br> *WI Carpenter Union #1146* <br> *PO Box 4002* <br> *Eau Claire WI  54702* | X | J | *6/2005* <br> *Pension plan* <br> *Union benefits, pension,* <br> *training, etc.* | | X | | $ 148,000.00 | $ 148,000.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal $    148,000.00
(Total of this page)
Total $    148,000.00
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> 4 Star Equipment <br> 1201 O'Hare Blvd. <br> De Pere WI 54115 | | J | 10/2005 <br> Business supplies | | X | | $ 12,000.00 |
| Account No: 2301 <br> Creditor # : 2 <br> Advanced Fastening Supply, Inc <br> 3060 Progress Road <br> MADISON WI 53716-3336 | | J | 12/2005 <br> Business supplies | | X | | $ 3,000.00 |
| Account No: 5295 <br> Creditor # : 3 <br> Ames <br> PO Box 100029 <br> Duluth GA 30096-9429 | | J | 2/2006 <br> Business supplies | | X | | $ 60.00 |
| Account No: 2755 <br> Creditor # : 4 <br> Associated Bank <br> P.O. Box 2926 <br> MILWAUKEE WI 53201-3119 | X | J | 12/2005 <br> Business Expense | | X | | $ 120,000.00 |

<u>_4_</u> continuation sheets attached

Subtotal $     135,060.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Bruce J. Pecore and Paula J. Pecore_ / Debtor     Case No._____

                                                         (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: _misc_ <br> Creditor # : 5 <br> Aurora Baycare Medical Center <br> PO Box 8920 <br> Green Bay WI 53234-8920 | | J | 11/2005 <br> Medical Bills <br> 700117618, 700126551 | | X | | $ 1,000.00 |
| Account No: 0590 <br> Creditor # : 6 <br> Aurora Medical Group <br> PO Box 979 <br> Sheboygan WI 53082-0979 | | J | 1/2006 <br> Business Expense <br> Employee Drug/Alcohol Test | | X | | $ 55.00 |
| Account No: 6005 <br> Creditor # : 7 <br> Badgerland Supply <br> PO Box 259066 <br> MADISON WI 53725-9066 | X | J | 7/2005 <br> Business supplies <br> Construction materials | | X | | $ 15,500.00 |
| Account No: <br> Creditor # : 8 <br> Bellin Health <br> Dr. Grewe <br> 744 S. Webster Ave. <br> GREEN BAY WI 54301 | | J | 7/2006 <br> Medical Bills | | X | | $ 1,600.00 |
| Account No: _misc_ <br> Creditor # : 9 <br> Bellin Memorial Hospital <br> 744 S. Webster Ave. <br> P. O. Box 23400 <br> GREEN BAY WI 54305-3400 | | J | 12/2005 <br> Medical Bills <br> V0010877232, V0010911729 | | X | | $ 500.00 |
| Account No: 4040 <br> Creditor # : 10 <br> Capital One <br> PO Box 790217 <br> St. Louis Mo 63179-0217 | | J | 2/2006 <br> Business credit card | | X | | $ 950.00 |

Sheet No. __1__ of __4__ continuation sheets attached to Schedule of         Subtotal $     19,605.00

Creditors Holding Unsecured Nonpriority Claims                                                (Total of this page)

                                                                         Total $

                                                 (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re Bruce J. Pecore and Paula J. Pecore _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **2468** <br> Creditor # : 11 <br> Cellcom Green Bay <br> PO Box 6057 <br> De Pere WI 54115 | J | 2/2006 <br> **Business cellphones** | | X | | $ 600.00 |
| Account No: **8494** <br> Creditor # : 12 <br> CHASE MASTERCARD <br> PO Box 94014 <br> Palatine IL 60094-4014 | J | 5/2005 <br> **Credit Card Purchases** | | X | | $ 7,000.00 |
| Account No: **9072** <br> Creditor # : 13 <br> Citi Advantage Business Card <br> PO Box 6309 <br> The Lakes NV 89163-6000 | J | 12/2005 <br> **Business credit card** | | X | | $ 10,600.00 |
| Account No: **0208** <br> Creditor # : 14 <br> Citicards <br> PO Box 6345 <br> The Lakes NV 88901-6345 | J | 12/2005 <br> **Business Expense** <br> **Paid Home Acres Supply invoices** | | X | | $ 10,500.00 |
| Account No: <br> Creditor # : 15 <br> CS Smet Construction Corp. <br> 3148 Mid Valley Drive <br> De Pere WI 54115 | J | 6/2005 <br> **Business Expense** <br> **Backcharges for work on various** <br> **projects** | | X | | Unknown |
| Account No: <br> Creditor # : 16 <br> Ellis Stone Construction Co. <br> PO Box 366 <br> STEVENS POINT WI 54481-C366 | J | 1/2005 <br> **Business Expense** <br> **Backcharges for work on various** <br> **projects** | | X | | Unknown |

Sheet No. __2__ of __4__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 28,700.00
(Total of this page)
Total $ |
(Report total also on Summary of Schedules)

In re _Bruce J. Pecore and Paula J. Pecore_ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| **Account No:** 1608<br>Creditor # : 17<br>Gastroenterology Associates<br>725 S. Webster Ave., #303<br>Green Bay  WI 54301 | | J | 4/2006<br>Medical Bills | | X | | $ 250.00 |
| **Account No:** 8638<br>Creditor # : 18<br>Hilti, Inc.<br>PO Box 382002<br>Pittsburgh PA 15250-8002 | | J | 12/2005<br>Business supplies | | X | | $ 6,000.00 |
| **Account No:** misc<br>Creditor # : 19<br>Home Acres Building Supply Inc<br>PO Box 79001<br>Detroit MI 48279-1213 | X | J | 10/2005<br>Business supplies<br>03287, 776715, 91906 | | X | | $ 95,000.00 |
| **Account No:** 8817<br>Creditor # : 20<br>JC Penny Mastercard<br>PO Box 981425<br>El Paso TX  79998-1425 | | J | 6/2006<br>Credit Card Purchases<br>Husband's flights to DC | | X | | $ 1,700.00 |
| **Account No:** 037M<br>Creditor # : 21<br>Liebmann, Conway, Olejniczak<br>PO Box 23200<br>Green Bay  WI  54301 | | J | 5/2006<br>Business   legal services | | X | | $ 350.00 |
| **Account No:**<br>Creditor # : 22<br>Miron Construction<br>1471 McMahon Drive<br>PO Box 509<br>Neehan  WI  54956 | | J | 1/2005<br>Business Expense<br>Backcharges for work on various projects | | X | | Unknown |

Sheet No. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    103,300.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Bruce J. Pecore and Paula J. Pecore_ / Debtor    Case No._____
                                                                         (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: **4504**<br>**Creditor # : 23**<br>**NEBS**<br>**Attn: Kim**<br>**500 Main Street**<br>**Groton MA 01471** | | J | **1/2006**<br>**Business supplies** | | X | | $ 225.00 |
| Account No:<br>**Creditor # : 24**<br>**Quaslius Construction, Inc.**<br>**1716 North 16th Street**<br>**PO Box 727**<br>**Sheboygan WI 53082-0727** | | J | **9/2005**<br>**Business Expense**<br>**Backcharges for work** | | X | | Unknown |
| Account No: **8484**<br>**Creditor # : 25**<br>**Radiology Associate**<br>**PO Box 117**<br>**Appleton WI 54912** | | J | **5/2006**<br>**Medical Bills** | | X | | $ 606.00 |
| Account No:<br>**Creditor # : 26**<br>**Shawano Medical Center**<br>**309 N. Bartlette St.**<br>**Shawano WI 54166** | | J | **5/2006**<br>**Medical Bills** | | X | | $ 2,100.00 |
| Account No: **2359**<br>**Creditor # : 27**<br>**Sherwin Williams**<br>**2464 S. Oneida St.**<br>**Green Bay WI 54304-5243** | | J | **11/2005**<br>**Business supplies** | | X | | $ 1,100.00 |
| Account No: **3139**<br>**Creditor # : 28**<br>**Society Insurance**<br>**150 Camelot Drive**<br>**PO Box 1029**<br>**Fond du Lac WI 54936-1029** | | J | **3/2005**<br>**Business insurance** | | X | | $ 55,000.00 |

Sheet No. **4** of **4** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 59,031.00 |
| Total $<br>(Report total also on Summary of Schedules) | 345,696.00 |

FORM B6G (10/05) West Group, Rochester, NY

In re **Bruce J. Pecore and Paula J. Pecore** _____ / Debtor    Case No. _____

                                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *US Bank*<br>*1850 Osborn Avenue*<br>*Oshkosh WI    54902* | Contract Type: **Vehicle lease**<br>Terms: **$563/ month for 39 months**<br>Beginning date: **7/1/2004**<br>Debtor's Interest: **Lesee**<br>Description: **2005 Chrysler Town & Country Van**<br><br>Buyout Option: **$21,000.00** |

In re *Bruce J. Pecore and Paula J. Pecore* _____ / Debtor      Case No. _____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *All Pro Contracting, Inc.*<br>*1158 Coprinus Drive*<br>*Green Bay WI    54313* | *Associated Bank*<br>*P.O. Box 2926*<br>*MILWAUKEE WI   53201-3119*<br><br>*Badgerland Supply*<br>*PO Box 259066*<br>*MADISON WI    53725-9066*<br><br>*Home Acres Building Supply Inc*<br>*PO Box 79001*<br>*Detroit MI   48279-1213*<br><br>*WI Carpenter Union #1146*<br>*PO Box 4002*<br>*Eau Claire WI    54702* |

Page __1__ of __1__

In re  Bruce J. Pecore and Paula J. Pecore _____ / Debtor   Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>SON<br>Daughter | AGE<br>6<br>2 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Project manager* | *Human resources manager* |
| Name of Employer | *Compell Construction* | *WG&R Furniture* |
| How Long Employed | *1 month* | *3 months* |
| Address of Employer | *PO Box 117*<br>*Pomfret MD  20675* | *900 Challenger Drive*<br>*Green Bay WI  54311* |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $       2,916.66 | $       4,333.33 |
| 2. Estimated Monthly Overtime | | $           0.00 | $           0.00 |
| 3. SUBTOTAL | | $       2,916.66 | $       4,333.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll Taxes and Social Security | | $         537.31 | $         706.14 |
|   b. Insurance | | $           0.00 | $         997.19 |
|   c. Union Dues | | $           0.00 | $           0.00 |
|   d. Other (Specify):   *Voluntary life* | | $           0.00 | $           5.01 |
|   *Voluntary add* | | $           0.00 | $           2.15 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $         537.31 | $       1,710.48 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $       2,379.35 | $       2,622.86 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $           0.00 | $           0.00 |
| 8. Income from Real Property | | $           0.00 | $           0.00 |
| 9. Interest and dividends | | $           0.00 | $           0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $           0.00 | $           0.00 |
| 11. Social Security or other government assistance<br>  Specify: | | $           0.00 | $           0.00 |
| 12. Pension or retirement income | | $           0.00 | $           0.00 |
| 13. Other monthly income<br>  Specify: | | $           0.00 | $           0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $           0.00 | $           0.00 |
| 15. TOTAL MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | | $       2,379.35 | $       2,622.86 |
| 16. TOTAL COMBINED MONTHLY INCOME: | $        5,002.21 | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    *Husband has extensive "on the road" expenses because he works in Pomfret, Maryland, and has an apartment there.*
    *Husband travels to Maryland for work on a weekly basis.*

In re <u>Bruce J. Pecore and Paula J. Pecore</u> / Debtor      Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☒ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,509.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | |
|     b. Is property insurance included?  Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 209.00 |
|     b. Water and sewer | $ 45.00 |
|     c. Telephone | $ 60.00 |
|     d. Other  *CELLPHONE* | $ 150.00 |
|     Other  *INTERNET* | $ 43.00 |
|     Other  *Dish Network* | $ 70.00 |
| 3. Home maintenance (Repairs and upkeep) | $ 150.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 240.00 |
|     c. Health | $ 771.00 |
|     d. Auto | $ 225.00 |
|     e. Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 420.00 |
|     b. Other: *Van vehicle lease* | $ 563.00 |
|     c. Other: *2nd MORTGAGE* | $ 580.00 |
|     d. Other: *2004 Mercury Sable* | $ 241.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *Child Care* | $ 1,126.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 7,777.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Total monthly income from Line 16 of Schedule I | $ 5,002.21 |
|     b. Total monthly expenses from Line 13 above    (Combined Total for Debtor and Spouse) | $ 8,577.00 |
|     c. Monthly net income (a. minus b.) | $ (3,574.80) |

In re  <u>Bruce J. Pecore and Paula J. Pecore</u>  / Debtor     Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR'S SPOUSE

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
| a. Are real estate taxes included?  Yes ☐  No ☒ | | |
| b. Is property insurance included?  Yes ☐  No ☒ | $ | 0.00 |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  *CELLPHONE* | $ | 0.00 |
| Other  *INTERNET* | $ | 0.00 |
| Other  *Dish Network* | $ | 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | $ | 0.00 |
| (Specify) | | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other:  *Van vehicle lease* | $ | 0.00 |
| c. Other:  *2nd MORTGAGE* | $ | 0.00 |
| d. Other:  *2004 Mercury Sable* | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  *Child Care* | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 800.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME     **(For Total Monthly Net Income, see Line 20 on Debtor's Schedule J)**
    a. Total monthly income from Line 16 of Schedule I     $
    b. Total monthly expenses from Line 18 above     $
    c. Monthly net income (a. minus b.)     $

FORM B6 (10/05) West Group, Rochester, NY

In re _Bruce J. Pecore and Paula J. Pecore_ _____ / Debtor    Case No. _____
                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/11/2006_ _____    Signature _____
                                                  Bruce J. Pecore

Date: _8/11/2006_ _____    Signature _____
                                                  Paula J. Pecore

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: *Bruce J. Pecore*
    *and*
    *Paula J. Pecore*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

*Year to date:$2000.00*        *Husband's wages*
   *Last Year:$41,558.00*
*Year before:$44,658.00*

---

*Year to date:$22,600.00*        *Wife's wages*
   *Last Year:$38,303.00*
*Year before:$33,288.00*

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

QUESTION 2 CONTINUED ...

| AMOUNT | SOURCE |
|---|---|
| Year to date:$100.00 | *Menominee Tribal Member Payment* |
| Last Year:$150.00 | |
| Year before:$100.00 | |

### 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Badgerland Supply v. Pecore, et al. 06 SC 587* | *collection* | *Circuit Court Brown County, WI* | *pending* |
| *Home Acres Building Supply Co. vs. Miron Construction Co., Inc., et al. 06CV 888* | *collection* | *Circuit Court Winnebago County, WI* | *pending* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

⊠ NONE

---

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

⊠ NONE

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

⊠ NONE

---

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

⊠ NONE

---

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

⊠ NONE

---

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: John R. Petitjean* <br> *Address:* <br> *125 S. Jefferson St., #101* <br> *P.O. Box 1626* <br> *Green Bay, WI 54305-1626* | *Date of Payment:4/21/06* <br> *Payor: Bruce J. Pecore* | *$1300.00* |

---

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

⊠ NONE

---

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

⊠ NONE

---

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year

immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Associated Bank Address:200 N. Adams, Green Bay, WI* | *Account Type and No.:checking, accnt. unknown Final Balance:$68.00* | *$68.00 6/2006* |
| *Institution:US Bank Address:1950 S. Webster Ave., Green Bay, WI* | *Account Type and No.:checking, accnt. unknown Final Balance:-0-* | *-0- 6/2006* |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

Statement of Affairs - Page 4

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual:Bruce J. Pecore* *Business:All Pro Contracting, Inc.* *Address:1158 Coprinus Dr., Green Bay, WI* | *ID:20-0687039* | *construction* | *1/2004 to present* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

QUESTION 19a CONTINUED ...

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:Lynn Hull* | *Dates:1/2004 to present* |
| *Address:Shawano, WI* | |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name:Bruce J. & Paula J. Pecore*
*Address:1158 Copriunus Drive, Green Bay, WI*
*Missing:None*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATES ISSUED |
|---|---|
| *Name:Associated Bank* | *Dates: 1/2004 to* |
| *Address:PO Box 2926, Milwaukee, WI 53201-3119* | *present* |

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

Statement of Affairs - Page 6

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   _8/11/2006_        Signature
                          of Debtor      _____

Date   _8/11/2006_        Signature
                          of Joint Debtor
                          (if any)       _____

Statement of Affairs - Page 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re  **Bruce J. Pecore**
    **and**
    **Paula J. Pecore**

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  **John R. Petitjean**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ **1,300.00**
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ **0.00**
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ **1,300.00**

3.  $ _____ **299.00** _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        **None other**

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        **None other**

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        **None**

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        **None**

Dated:  **8/11/2006**

Respectfully submitted,

X_____

Attorney for Petitioner: **John R. Petitjean**
    **Attorney John R. Petitjean**
    **125 S. Jefferson St., #101**
    **P.O. Box 1626**
    **Green Bay WI 54305-1626**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Bruce J. Pecore and Paula J. Pecore*

Case No.

Chapter 7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *1158 Coprinus Drive, Green Bay, WI* | *GMAC* | | | | X |
| *2004 Mercury Sable* | *Ford Motor Credit* | | X | | X |
| *2006 Ford Fusion* | *Fox Cummunities Credit Union* | | | | X |
| *1158 Coprinus Drive, Green Bay, WI* | *Chase Home Finance, LLC* | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *8/11/2006*

Debtor: _____

Date: 8/15/06

Joint Debtor: _____

4 Star Equipment
1201 O'Hare Blvd.
De Pere, WI   54115

Advanced Fastening Supply, Inc
3060 Progress Road
MADISON, WI   53716-3336

All Pro Contracting, Inc.
1158 Coprinus Drive
Green Bay, WI   54313

Ames
PO Box 100029
Duluth, GA   30096-9429

Associated Bank
P.O. Box 2926
MILWAUKEE, WI  53201-3119

Aurora Baycare Medical Center
PO Box 8920
Green Bay, WI   53234-8920

Aurora Medical Group
PO Box 979
Sheboygan, WI   53082-0979

Badgerland Supply
PO Box 259066
MADISON, WI   53725-9066

Bellin Health
Dr. Grewe
744 S. Webster Ave.
GREEN BAY, WI  54301

Bellin Memorial Hospital
744 S. Webster Ave.
P. O. Box 23400
GREEN BAY, WI  54305-3400

Capital One
PO Box 790217
St. Louis, Mo  63179-0217

Cellcom Green Bay
PO Box 6057
De Pere, WI   54115

Chase Home Finance, LLC
PO Box 9001871
LOUISVILLE, KY  40290-1871

CHASE MASTERCARD
PO Box 94014
Palatine , IL  60094-4014

Citi Advantage Business Card
PO Box 6309
The Lakes, NV  89163-6000

Citicards
PO Box 6345
The Lakes, NV  88901-6345

CS Smet Construction Corp.
3148 Mid Valley Drive
De Pere, WI  54115

Ellis Stone Construction Co.
PO Box 366
STEVENS POINT, WI  54481-0366

Ford Motor Credit
P.O. Box 105704
Atlanta , GA  30348-5704

Fox Cummunities Credit Union
3401 E. Calumet Street
Appleton, WI  54915

Gastroenterology Associates
725 S. Webster Ave., #303
Green Bay , WI  54301

GMAC
P.O. Box 79135
PHOENIX, AZ  85062-9135

Hilti, Inc.
PO Box 382002
Pittsburgh, PA  15250-8002

Home Acres Building Supply Inc
PO Box 79001
Detroit, MI  48279-1213

JC Penny Mastercard
PO Box 981425
El Paso, TX  79998-1425

Liebmann, Conway, Olejniczak
PO Box 23200
Green Bay , WI  54301

Miron Construction
1471 McMahon Drive
PO Box 509
Neehan , WI  54956

NEBS
Attn: Kim
500 Main Street
Groton, MA  01471

Quaslius Construction, Inc.
1716 North 16th Street
PO Box 727
Sheboygan, WI   53082-0727

Radiology Associate
PO Box 117
Appleton, WI   54912

Shawano Medical Center
309 N. Bartlette St.
Shawano, WI   54166

Sherwin Williams
2464 S. Oneida St.
Green Bay, WI   54304-5243

Society Insurance
150 Camelot Drive
PO Box 1029
Fond du Lac, WI   54936-1029

US Bank
1850 Osborn Avenue
Oshkosh, WI   54902

WI Carpenter Union #1146
PO Box 4002
Eau Claire, WI   54702